ROBERT L. McELROY, Respondent, *v.* ALBERT GOLDSTEIN, Appellant.

*McElroy* v. *Goldstein*, 160 App. Div. 887, affirmed.
(Submitted March 14, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 6, 1914, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a promissory note. The defense alleged a conditional delivery and a failure of consideration.

*Isidore Siegeltuch* for appellant.

*Martin Conboy, Philip S. Hill* and *Charles G. Signor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.

---

EDWARD PRENDERGAST, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Prendergast* v. *Erie R. R. Co.*, 160 App. Div. 909, affirmed.
(Argued March 14, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. The injury was caused by a piece of steel flying from a tool used by another employee of defendant. The plaintiff predicated his cause of action upon the failure of the